**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1372**

_____

In re:  CHRISTOPHER J. BAILEY

Petitioner.

_____

On Petition for Writ of Mandamus.  (2:95-cr-00002-1)

_____

Submitted:  June 24, 2021                                    Decided:  June 29, 2021

_____

Before KING, Circuit Judge, and TRAXLER, Senior Circuit Judge.[*]

_____

Petition denied by unpublished per curiam opinion.

_____

Christopher J. Bailey, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Christopher J. Bailey petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to alter or amend the district court's order granting relief in part and denying relief in part on Bailey's 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Bailey's motion on April 23, 2021. Accordingly, because the district court has recently decided Bailey's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*